### 5102.    Hester *v.* The State.

Hill, C. J. Where there is a motion to continue the trial of a case because of the absence of a witness, and the State makes a counter-showing as to the alleged testimony of the absent witness, this court will not interfere with the discretion of the trial judge in overruling the motion.

*Judgment affirmed.*

DECIDED OCTOBER 28, 1913.

Accusation of misdemeanor; from city court of Quitman—Judge Long.    June 9, 1913.

*J. D. Wade, Grover C. Edmondson,* for plaintiff in error.

*J. E. Morris Jr., solicitor,* contra.